UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILSON PADILLA DIAZ, | No.  1:26-cv-3608 DAD AC |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR, CALIFORNIA CITY CORRECTIONAL FACILITY, et al., | |
| Respondent. | |

Petitioner, a self-represented immigration detainee, filed an amended petition[1] for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

Rule 4 of the Habeas Rules Governing Section 2254 Cases[2] requires the court to summarily dismiss a habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."  In this case, petitioner

---

[1]  The original petition was not signed by petitioner and was filed by his sister as his next friend. ECF No. 1.  As a result, it was stricken from the record and petitioner was given an opportunity to submit a properly signed petition.  ECF No. 13.

[2]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

alleges that he has been detained for approximately two and a half months and that his detention violates due process because it is prolonged and he has not been afforded a bond hearing.  ECF No. 14.  However, there are no facts provided to support petitioner's claim that he has been denied due process and his detention is unreasonably prolonged.  Because it is not clear that leave to amend would be futile, petitioner will be given an opportunity to amend the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 15) is GRANTED.

2.  Within twenty-one days of the service of this order, petitioner may file an amended petition that provides factual allegations to support each claim for relief.  Failure to file an amended petition will result in a recommendation that this action be dismissed for failure to state a claim for relief.

3.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

DATED: June 8, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2