UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON PADILLA DIAZ,<br>Petitioner,<br>v.<br>DIRECTOR, CALIFORNIA CITY CORRECTIONAL FACILITY, et al.,<br>Respondents. | No. 1:26-cv-03608-DAD-AC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 29) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition be granted. (Doc. No. 29.) Specifically, the magistrate judge concluded that petitioner's re-detention violates both the Immigration and Nationality Act and due process. (*Id.* at 5–11.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 11.) On October 22, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent objects for the

/////

reasons stated in its prior briefing. (Doc. No. 30.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 19, 2026 (Doc. No. 29) are ADOPTED in full;
2. Petitioner's third amended petition for writ of habeas corpus (Doc. No. 22) is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Wilson Padilla Diaz, A-File No. 221-132-265, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about March 21, 2026;
   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the government will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Immigration Processing Center; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE